**INSITUFORM TECHNOLOGIES, INC.,
Insituform (Netherlands) B.V., and
Insituform Gulf South, Inc. Plaintiffs/Cross–Appellants,**

v.

**CAT CONTRACTING, INC., Firstliner
U.S.A, Inc. and Guilio Catallo
Defendants–Appellants,**

and

**Michigan Sewer Construction
Company, Defendant–
Appellant,**

and

**Kanal Sanierung Hans Mueller Gmbh
& Co. KG., Defendant–Appellee.**

Nos. 99–1584, 00–1005.

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 29, 2003.

*ORDER*

The court has received a certified copy of the judgment from the clerk of the Supreme Court in *Insituform Technologies, Inc. et al. v. CAT Contracting, Inc., et al.*, 535 U.S. 1108, 122 S.Ct. 2322, 153 L.Ed.2d 151 (2002). The Supreme Court vacated this court in March 26, 2001 judgment in *Insituform,* and remanded for further consideration in light of *Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.,* 535 U.S. 722, 122 S.Ct. 1831, 152 L.Ed.2d 944 (2002).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The mandate is recalled and the appeal is reinstated.

(2) The case shall be returned for consideration to the original merits panel.